UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00138

BRYSON J. ENGLAND

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On November 19, 2024, all counsel and the Defendant appeared for a guilty plea hearing. The Indictment charges the Defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on November 19, 2024. [Doc. 30]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 6]. Objections in this case were due on December 6, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 30]** and **DEFERS** acceptance of the Plea Agreement pending sentencing. The Defendant is **ADJUDGED** guilty and convicted of violating the statutes charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   December 26, 2024



Frank W. Volk
Chief United States District Judge